IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ONEITRA CARTER,

    Plaintiff,

vs.                                                CASE NO.1:07CV186-MMP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time.  (Doc. 14).  Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **March 17, 2008**, to file a responsive memorandum.

**DONE AND ORDERED,**  this  **20**th  day of February, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**