IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ONEITRA CARTER,**

    Plaintiff,

vs.                      CASE NO.1:07CV186-MMP/AK

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Second Motion for Enlargement of Time.  (Doc. 16).  Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **April 17, 2008**, to file a responsive memorandum.

**DONE AND ORDERED,**  this _17th_  day of March, 2008.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**