IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ONEITRIA CARTER,

    Plaintiff,

v.	CASE NO. 1:07-cv-00186-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed.  The time for filing objections has passed, and none have been filed.   Plaintiff filed an application for SSI on September 12, 2003, alleging a disability onset date of May 20, 1992, (his date of birth), because of left lower leg and foot gigantism.  Although Plaintiff argues that his condition meets the requirements of the listing either singly or in combination with the depression he suffers as a result of the deformity, there was no evidence presented that shows Plaintiff uses any assistive device to walk. Although he was limited from participating in PE at school, he was otherwise able to ambulate to and from school. Despite his depression, he was able to discuss his future plans, his hobbies, and his feelings, and functions well in school making good grades. The only recommendation for his depression was counseling. Based on the

*Page 2 of 2*

medical evidence presented, Plaintiff does not meet the listing requirements for 101.03 and the

ALJ's decision was substantially supported by the record.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *30th*   day of March, 2009

<em>s/Maurice M. Paul</em><br>
Maurice M. Paul, Senior District Judge